United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISCOVERORG DATA, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BITNINE GLOBAL, INC.,<br><br>　　　　Defendant. | Case No. 19-CV-08098-LHK<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for August 5, 2020 at 2:00 p.m. *See* Civ. L.R. 16-10(a). The Court hereby ORDERS the parties to file their Joint Case Management Statement by Friday, July 31, 2020 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: July 30, 2020

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1
Case No. 19-CV-08098-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT